```
                            UNITED STATES DISTRICT COURT
                            SOUTHERN DISTRICT OF FLORIDA

                            CASE NO. 10-21630-CIV-MORENO
                            MAGISTRATE JUDGE P.A. WHITE
```

WILLIAM RAY,
AKA WILLIAM KING,                   :

    Petitioner,                 :

v.                                  :        REPORT RECOMMENDING TRANSFER
                                                     OF VENUE
WALTER MCNEIL,                      :            28 U.S.C. §2254

    Respondent.                 :

_____

This Cause is before the Court upon a <u>pro-se</u> petition for writ of habeas corpus filed by William Ray, aka William King, pursuant to 28 U.S.C. §2254. The petition attacks his convictions for first degree murder and robbery, case no. 99-0566, entered in the Circuit Court in Palatka, Florida. Palatka is located in Putnam County, in the Middle District of Florida.

A federal habeas corpus petition such as this may be filed in the District in which the State Court which convicted the petitioner is located or in the District where he is confined. 28 U.S.C. §2241(d).

The Middle District of Florida, where the petitioner was convicted and where the records pertaining to this conviction are located, is the appropriate venue for this petition, and it is recommended that this case be transferred to that District.

Objections to this Report may be filed within fourteen days following receipt.

Dated this 1ˢᵗ day of June, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

cc: William Ray, <u>Pro Se</u>
 DC#12658
 Dade CI
 Florida City, FL
 Address of record