UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 10-21630-CIV-MORENO

WILLIAM RAY,
also known as WILLIAM KING

    Plaintiff,

vs.

FLORIDA DEPARTMENT OF CORRECTIONS,
WALTER A. MCNEIL, SECRETARY,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND ORDER TRANSFERRING VENUE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 5)** on **June 2, 2010**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 5)** on **June 2, 2010** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)    This case is hereby transferred to the Middle District of Florida. The Clerk of Court is directed to take all actions necessary to effectuate the transfer.

DONE AND ORDERED in Chambers at Miami, Florida, this 22nd day of June, 2010.

                                                                         FEDERICO A. MORENO
                                                                         CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Patrick A. White
Counsel of Record